IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01735-KAS

M.H., an individual,

    Plaintiff,

v.

UBER TECHNOLOGIES, INC., a Delaware Corporation;
RASIER, LLC, a Delaware Limited Liability Company; and
DOES 1 through 50, inclusive,

    Defendants.

### DEFENDANTS' DESIGNATION OF NON-PARTY AT FAULT

Pursuant to Colorado Revised Statute section 13-21-111.5, Defendants Uber Technologies, Inc. and Rasier, LLC hereby designate Harjit Singh as a non-party who is wholly or partially at fault for plaintiff's alleges injuries and damages. Mr. Singh's last known address is 5091 Enid Way, Denver, Colorado 80239.

Based on plaintiff's allegations as set out in her Complaint, after using the Uber App to arrange for a ride on September 29, 2022, an independent driver picked up plaintiff and drove plaintiff to plaintiff's residence. Plaintiff further alleges that at the start of the trip, the driver sexually assaulted plaintiff. According to the defendants' records, Mr. Singh was the independent driver who picked up plaintiff on September 29, 2022. Therefore, Mr. Singh's alleged acts proximately caused all of plaintiff's alleged injuries and damages. Mr. Singh was not acting on behalf of, for the benefit of, at the direction of, or within the course and scope of any employment with Uber at the time of the alleged sexual assault.

As discovery continues in this case, additional facts may be learned that will allow clarification, require modification, or suggest addition to the conduct identified above. Further

discovery also may reveal additional non-parties at fault. Accordingly, the defendants reserve the right to supplement this notice of non-parties at fault.

Dated: October 5, 2023                  Respectfully submitted,

*/s/ Lori A. Zirkle*
Lori A. Zirkle (CO Bar No. 25387)
**BOWMAN AND BROOKE LLP**
2929 N. Central Avenue, Suite 1900
Phoenix, Arizona 85012
Telephone: 602-643-2300
Facsimile:  602-248-0947
Lori.Zirkle@bowmanandbrooke.com

Attorneys for Defendants Uber Technologies, Inc. and Rasier, LLC

**CERTIFICATE OF SERVICE**

  I hereby certify that on <u>5th</u> day of October, 2023, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Michael Nimmo, Esq. (CO Bar No. 36947)
Charles Mendez, Esq. (CO Bar No. 47467)
**WAHLBURG, WOODRUFF, NIMMO & SLOANE LLP**
4601 DTC Boulevard, Suite 950
Denver, CO 80237
michael@denvertriallawyers.com
charles@denvertriallawyers.com
Attorneys for Plaintiff

                */s/ Lori A. Zirkle*
                Lori A. Zirkle (CO Bar No. 25387)
                **BOWMAN AND BROOKE LLP**
                2929 N. Central Avenue, Suite 1900
                Phoenix, Arizona 85012
                Telephone: 602-643-2300
                Facsimile: 602-248-0947
                Lori.Zirkle@bowmanandbrooke.com

                Attorneys for Defendants Uber Technologies, Inc. and Rasier, LLC